AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Susan Volpe and Raymond Volpe, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-06505 (AJN) |
| New England Motor Freight, Inc. and Otto Daniel, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Susan Volpe and Raymond Volpe

Date:    08/15/2018

*Attorney's signature*

John P. Beatty/ 4502621
*Printed name and bar number*

Kramer Dillof Livingston & Moore
217 Broadway, 10th Floor
New York, NY 10007

*Address*

jbeatty@kdlm.com
*E-mail address*

(212) 267-4177
*Telephone number*

(212) 233-8525
*FAX number*