UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Susan Volpe et al.,

        Plaintiffs,

—v—

New England Motor Freight, Inc., et al.,

        Defendants.



NOV 2 6 2019

18-CV-6505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties are hereby ordered to give a status update concerning the status of Defendant New England Motor Freight's bankruptcy proceeding on or before December 9, 2019.

SO ORDERED:

_____
ALISON NATHAN
United States District Judge

Dated: November ___, 2019
      New York, New York