UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

Susan Volpe, *et al.*,

             Plaintiff,

–v–

New England Motor Freight, Inc., *et al.*,

             Defendants.

18-cv-6505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to give a status update concerning the status of Defendant New England Motor Freight's bankruptcy proceeding on or before September 11, 2020.

    SO ORDERED.

Dated: August 24, 2020
         New York, New York

                                              ALISON J. NATHAN
                                       United States District Judge